IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| JOSHUA TAPER, | : |
| *Plaintiff*, | : Case No. 1:24-cv-159 |
| vs. | : Judge Jeffery P. Hopkins |
| JON TABOR, *et al.*, | : |
| *Defendants*. | : |

# ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on the Report and Recommendation (Doc. 17) issued by Magistrate Judge Kimberly A. Jolson on October 28, 2024, which recommends that Defendants' Motion to Dismiss (Doc. 13) be granted in part and denied in part. No objections have been filed and the time for filing such objections under Fed. R. Civ. P. 72(b) has expired.

Having carefully reviewed the comprehensive findings and conclusions of the Magistrate Judge and finding no clear error, the Court hereby **ADOPTS** the Report and Recommendation in its entirety. *See* Fed. R. Civ. P. 72 (advisory committee notes) ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the fact of the record in order to accept the recommendation"); *see e.g., Roane v. Warden of Corr. Reception Ctr.*, No. 2:22-cv-2768, 2022 WL 16535903, at *1 (S.D. Ohio Oct. 28, 2022). Accordingly, Defendants' Motion to Dismiss (Doc. 13) is hereby **GRANTED** as it relates to the § 1983 and state-law claims against Defendant Nance. Defendant Nance is therefore **DISMISSED** from this action. Defendants' Motion is otherwise **DENIED**.

**IT IS SO ORDERED.**

Dated: December 18, 2024

_____
Hon. Jeffery P. Hopkins
United States District Judge